[Nos. 19704–5–I; 19703–7–I.   Division One.   April 18, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JUDY RAE DRESCHER, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 86–1–01835–9, James D. McCutcheon, Jr., J., entered December 8, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Grosse, JJ.

[No. 17868–7–I.   Division One.   April 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES D. McCLEARY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 85–1–00065–1, Howard A. Patrick, J., entered January 15, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Grosse, JJ.

[No. 10575–6–II.   Division Two.   April 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT BOHART, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–01024–0, William L. Brown, Jr., J., entered November 17, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10261–7–II.   Division Two.   March 10, 1988.]

STEILACOOM HISTORICAL SCHOOL DISTRICT No. 1, *Respondent,* v. DOYLE E. WINTER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–02139–1, Nile E. Aubrey, J., entered August 7, 1986. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.